# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>TERRI FURGISON-MAYALL,<br><br>　　　　　　　Respondent. | 1:14-cv-01334-LJO-BAM<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING** |

   Petitioner's motion to continue the hearing on the Order to Show Cause is GRANTED. IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to Friday, February 13, 2015, at 9:00 a.m., in Courtroom No. 8. Petitioner shall serve this order on Respondent and file proof of service no later than 30 days prior to the hearing.

IT IS SO ORDERED.

　Dated:　**November 26, 2014**　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE