# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Petitioner,<br><br>       v.<br><br>TERRI FURGISON-MAYALL,<br><br>                      Respondent. | **1:14-cv-01334-LJO-BAM**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>(Doc. 18) |

The United States petitions for enforcement of an I.R.S. summons issued November 1, 2013, as part of an investigation of the respondent to secure information needed to collect Form 1040 assessed federal income taxes for the tax years ending December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010. The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to U.S.C. § 636, *et seq.*, and Local Rule 302.

On October 8, 2014, the Magistrate Judge ordered Respondent to show cause why the I.R.S. summons issued to her November 1, 2013, should not be enforced. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 4, the Petitioner personally served Respondent via Respondent's friend, Michelle Milton, at Respondent's residence on December 4, 2014, and on Respondent via certified mail at Respondent's last known address (Docs. 13 and 14), with the following documents : (1) the Verified Petition, (Doc. 1), and its supporting memorandum, (Doc. 2-1); (2) a certified copy of the Order to Show Cause filed October 8, 2014, (Doc. 10); and (3) the Order Continuing Order to Show Cause Hearing filed November 26, 2014, (Doc. 12). Respondent did not file an opposition to the enforcement under paragraph 7 of the order to show cause, and did not appear at the February 13, 2015, hearing before the Magistrate Judge.

On March 2, 2015, the Magistrate Judge filed Findings and Recommendations, finding that the summons enforcement requirements had been satisfied and recommended enforcement of the summons.  (Doc. 18).  The Clerk of Court served Respondent by mail with the Findings and Recommendations on March 2, 2015. (Doc. 18).

The Findings and Recommendations provided 14 days for the filing of objections. Neither party has filed objections.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis, and determines that the summons enforcement is properly granted.

Accordingly, the Court hereby ORDERS:

1.     The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed March 2, 2015 (Doc. 18), are ADOPTED IN FULL;

2.     The I.R.S. summons issued to Respondent is ENFORCED;

3.     Respondent Terri Furgison-Mayall is ORDERED to appear before investigating Revenue Officer Evan D. Moses, or his designated representative, at the I.R.S. offices at 2525 Capitol Street, Suite 205, Fresno, California 93721, 21 days after the issuance of this order, or at a later date and time to be set in writing by Revenue Officer Evan D. Moses, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.  The District Court will retain jurisdiction to enforce its order by means of its contempt power; and

///
///
///
///
///
///

Order Adopting Findings and Recommendations and
Enforcing I.R.S. Summons

2

1         The Clerk of the Court shall serve this and further orders by mail to Terri Furgison-

2    Mayall, 607 Coventry Avenue, Clovis, California 93611.

3

4    IT IS SO ORDERED.

5       Dated:   __**March 27, 2015**__          ____**/s/ Lawrence J. O'Neill**

6                                             UNITED STATES DISTRICT JUDGE

Order Adopting Findings and Recommendations and
Enforcing I.R.S. Summons

3