BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>          v.<br><br>TERRI FURGISON-MAYALL,<br><br>                    Respondent. | **1:14-cv-01334-LJO-BAM**<br><br>**ORDER TO DISMISS AND CLOSE CASE**<br><br>**Taxpayer:**<br>**TERRI FURGISON-MAYALL** |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 22, this Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: January 8, 2016**

                         **/s/ Lawrence J. O'Neill**
                    **United States District Judge**

ORDER TO DISMISS AND CLOSE CASE                                                      1